UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17bk03367 |
| | ) | |
| Jewel Carter, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Judge Timothy A. Barnes |
| | ) | |

TIMOTHY A. BARNES, Judge.

<u>ORDER AMENDING MEMORANDUM DECISION</u>

IT IS HEREBY ORDERED THAT:

The Memorandum Decision entered at Dkt. No. 52 is amended as follows:

1.      On page 11, in the fourth full paragraph, the word "competition" on line 3 shall be "completion".

Dated: April 8, 2022                    ENTERED:

_____

Judge Timothy A. Barnes
United States Bankruptcy Court